NICHOLAS TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY ANTHONY,<br><br>Defendant. | Case No. 2:20-CR-00092-RFB-BNW<br><br>**STIPULATION/AGREED MOTION TO CONTINUE RULE 16 DEADLINE SET BY COURT** |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through Melanee Smith, Assistant United States Attorney, and defendant TIMOTHY ANTHONY, by and through is counsel, Todd Leventhal, Esq. to respectfully request that the Court order that the parties shall have to and including August 19, 2020, to comply with Federal Rule of Criminal Procedure 16 disclosure.

This stipulation is entered into for the following reasons:

1. The United States has substantially complied with the Court's order to provide Rule 16 discovery to defense by Friday, July 31, 2020. See ECF No. 20.

2. The government has additional discovery in its possession, that is voluminous in nature, which in order to provide a copy to defense, requires transfer to an external hard drive. The United States was provided with an external hard drive by defendant on Monday,

August 3, 2020. The government therefore needs additional time to transfer the remaining discovery to that external hard drive in order to turn those materials over to the defense.

3. The parties therefore stipulate and agree to, and respectfully request a short extension of the Court's imposed deadline to August 19, 2020 for the disclosure of Rule 16 discovery.

4. A denial of this request for additional time to comply could result in a miscarriage of justice.

Dated: August 5, 2020.

|  |  |
|---|---|
|  | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Todd Leventhal*<br>By_____<br>TODD LEVENTHAL<br>Counsel for Timothy Anthony | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY ANTHONY,<br><br>　　　　　Defendant. | Case No.: 2:20-CR-00092-RFB-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the parties' disclosure under Federal Rule of Criminal Procedure 16 shall be made by August 19, 2020.

DATED this  10th of August, 2020.

_____
HONORABLE RICHARD F. BOULWARE
United States District Judge