1
2
3
4
5
6

**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
***Counsel for Timothy Anthony***

7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF  NEVADA**

10
11
12
13
14
15
16

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br>   v. <br><br> TIMOTHY ANTHONY, <br><br>     Defendant. | Case No.: 2:20-CR-00092-RFB-BNW <br><br> **UNOPPOSED MOTION FOR PREPARATION OF PRE-PLEA INVESTIGATION REPORT[1]** |

17
18
19
20
21
22
23
24
25
26

**Memorandum of Points and Authorities**

Mr. Anthony, by and through his attorney, Todd M Leventhal, Esq. and hereby move this Court for an order directing the United States Probation Office to prepare a Pre-Plea Investigation Report to determine Mr. Anthony's applicable criminal history[2].

Mr. Anthony was charged by way of a indictment on May 19, 2020. At his arraignment and plea, he pled not guilty to all counts, Count 1-2: 26:5861(d).

---

[1] This motion is timely filed. No deadlines are applicable.

[2] Defense counsel met and conferred with the government as to this filing. The government does not oppose this filing.

26:5841, 26:5871 - Possession of a Firearm not Registered in the National Firearms Registration and Transfer Act; Count 3: 18:922(g)(1) and 924(a)(2) - Felon in Possession of Ammunition; Count 4: 18:931 and 921(a)(35) - Violent Felon in Possession of Body Armor; Count 5: 18:922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm; Count 6: 18:922(g)(1) and 924(a)(2) - Felon in Possession of Ammunition.

The parties are in the process of attempting to negotiate this case. The parties believe they will be able to resolve this case short of trial. Based on the parties review of Mr. Anthony's criminal history, there is concern that Mr. Anthony's projected guideline range  will be considered  higher than anticipated.

Mr. Anthony does have known criminal history.

To satisfy Mr. Anthony's concerns and to assure that he has the information he needs to make a truly knowing and intelligent decision, as to whether to accept or reject the government's potential plea offer, he has requested that a Pre-Plea Presentence Investigation Report be completed to determine if his prior convictions will trigger a higher designation under the United States Sentencing Guidelines §§ 4B1.1 and 4B1.2.

//

//

//

2

This request is also made in an effort to promote judicial economy.

DATED September 14, 2021.

Leventhal and Associates

By: /s/ Todd M Leventhal
Todd M Leventhal, Esq.
Attorney for Timothy Anthony

ORDER

IT IS HEREBY ORDERED that the United States Probation Office shall prepare a Pre-Plea Presentence Investigation Report with respect to Defendant Timothy Anthony's criminal history points and corresponding criminal history.

DATED:  September 15,        , 2021.

_____
RICHARD F. BOULWARE, II
United States District Judge

3